NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

310-495-8521
In Pro Per

ATTORNEYS FOR:

FILED
2024 FEB -6 PM 2:13

rsm

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| 5755 Tujunga LLC, A California Liability Company  Plaintiff(s), v. Celeste Frias  Defendant(s) | CASE NUMBER: **2:24-CV-01023-SB-MARx**  CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Celeste Frias, In Pro Per___
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| 5755 Tujunga LLC, A California Liability Company | Purchaser of Property |
|---|---|

2/6/2024                                   _Celeste Frias_
Date                                        Sign

_____
Attorney of record for or party appearing in pro per

CV-30 (04/10)         NOTICE OF INTERESTED PARTIES